IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID R. MRAZ,

    Plaintiff,

v.                                                                         4:17cv387–WS/CAS

DR. CRUZ PAGAN-DELGADO,

    Defendant.

_____

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Before the court is the magistrate judge's report and recommendation (doc. 28) docketed August 29, 2018. The magistrate judge recommends that Defendant's motion to dismiss be granted. Plaintiff has filed no objections to the report and recommendation. Indeed, Plaintiff's copy of the report and recommendation was returned to the court with notice from the Department of Corrections that Plaintiff "is no longer in DC custody and [wa]s listed as homeless upon his release." Doc. 29. According to the records of the Department of Corrections, Plaintiff was released from custody on June 12, 2018. Although it is his responsibility to do so, Plaintiff has not provided the court with a current address at which he may be

reached.

Having reviewed the matter, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 28) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion to dismiss (doc. 26) is GRANTED.

3. Plaintiff's second amended complaint and this action are DISMISSED for failure to exhaust and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).

4. Plaintiff's motion for a temporary injunction (doc. 24) is DENIED.

5. The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

6. The clerk shall indicate on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this __7th__ day of __September__, 2018.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE